

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-21-00333-CV

**IN RE HEART OF THE HEART WHITETAILS, LLC**, David Powell and Double 09 Ranch, LLC, Relator(s)

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: August 18, 2021

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR RELIEF DENIED

The court has considered the petition for a writ of mandamus filed by relators Heart of the Heart Whitetails, LLC, David Powell, and Double 09 Ranch, LLC on August 11, 2021, the emergency motion for relief filed by relators on August 13, 2021, and the response to the motion filed by the real parties in interest. The court has concluded relators have not shown themselves entitled to the relief sought and the court is of the opinion that relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relators' petition for a writ of mandamus and emergency motion for relief are denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 215965, styled *Baker v. Heart of the Heart Whitetails, LLC*, pending in the 452nd District Court, Mason County, Texas, the Honorable Robert Rey Hofmann presiding.